"UNDER SEAL"

FILED IN COURT CHARLOTTE, N.C.
MAR 1 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR 18 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| ALBERT A. AUSTIN | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 1st day of March, 2006.

_____
Carl Horn, III
UNITED STATES MAGISTRATE JUDGE